UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HEATHER LINDSAY
    Plaintiff

v.                                                                                     3:18CV840(JCH)

KEVIN TIERNEY
    Defendant

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's Motion to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motion, and on January 8, 2019, the court entered a Ruling granting the defendant's Motion, dismissing the Complaint with prejudice in accordance with the court's Ruling.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, against the plaintiff, in accordance with the Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 8th day of January 2019

                                                                                          Robin D. Tabora, Clerk

Entered on Docket <u>1/8/2019</u>                               By<u>   /s/ Diahann Lewis</u>

                                                                                                      Deputy Clerk